IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 02-cv-02050-ZLW

MYRON RAY CARTER,

      Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Colorado [sic],

      Respondent.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      This matter is before the court on the motion to amend submitted *pro se* by Applicant Myron Ray Carter and filed by the Court on September 9, 2005. This case was dismissed in an order filed on January 15, 2003. The appeal was dismissed on July 24, 2003. This case is closed. Filings will not be accepted after the dismissal of a case. The motion to amend is DENIED.

Dated: September 12, 2005

---

Copies of this Minute Order mailed on September 12, 2005, to the following:

Myron Ray Carter
Prisoner No. 58637
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk